UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-22157-PAS-AMS

AF HOLDINGS LLC,

      Plaintiff,

vs.

JOHN DOE,

      Defendant.
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY
PRIOR TO THE RULE 26(f) CONFERENCE**

Plaintiff, through its undersigned counsel, hereby moves this Court *ex parte* for an Order granting limited discovery prior to the Rule 26(f) Conference. This motion is based upon the case record, attached memorandum and authorities cited therein, and the attached Declaration of Peter Hansmeier. Plaintiff seeks to issue a subpoena pursuant to Fed. R. Civ. P. 45 limited to the following categories of entities and information from the Internet Service Provider of John Doe:

> Information sufficient to identify John Doe, including name, current (and permanent) address, telephone number, e-mail address, and Media Access Control address.

Any information disclosed to the Plaintiff in response to a Rule 45 subpoena will be used by the Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint. For all the reasons articulated in the attached memorandum, Plaintiff respectfully asks the Court to grant this motion and enter an Order substantially in the form of the attached Proposed Order.

Respectfully submitted,

AF Holdings LLC

DATED: June 13, 2012

By:    /s/ Joseph Perea
        Joseph Perea, FBN 47782
        Joseph Perea, P.A.
        9100 S. Dadeland Blvd, Ste 1500
        Miami, Florida 33156
        Tel: 415-325-5900
        E-mail: joperea@perealawfirm.com
        *Attorney for Plaintiff*