UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22157-CIV-SEITZ/SIMONTON

AF HOLDINGS LLC,

    Plaintiff,

v.

JOHN DOE (174.58.4.112),

    Defendant.
_____/

## ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

THIS MATTER came before the Court *sua sponte*. On September 17, 2012, the Court issued an Order Granting Plaintiff's Motion for an Extension of Time to File the Joint Scheduling Report [DE 11]. The Order provides that Plaintiff must obtain early discovery, serve Doe Defendant 174.58.4.112 with the summons and complaint, and file proof of service and the Joint Scheduling Report by December 1, 2012 or the Court would dismiss this action, absent good cause shown, for failure to prosecute pursuant to Fed. R. Civ. P. 4(m). To date, Plaintiff has not filed proof of service or the JSR.[1] Moreover, the Complaint was filed on June 8, 2012. As such, more than 120 days have passed and service on the Defendant has not been effectuated. Accordingly, upon review, the Court will dismiss this action for failure to prosecute in accord with Fed. R. Civ. P. 4(m). Therefore, it is

---

[1] The Court previously denied Plaintiff's Motion and Renewed Motion for Leave to Take Early Discovery [DE 5, DE 8] because Plaintiff did not provide an adequate explanation as to why the Court should authorize Plaintiff to issue a subpoena from the U.S. District Court for the District of Columbia for information it can obtain from a subpoena issued from the U.S. District Court for the Southern District of Florida, where this lawsuit is pending and where Plaintiff alleges the sole Defendant resides and/or committed the alleged infringing activity. [DE 7, DE 10]. However, the Court informed Plaintiff that should it refile its Motion seeking to issue a subpoena to Bellsouth.net from the U.S. District Court for the Southern District of Florida to obtain the identifying information for the Defendant, the Court would grant such a Motion. [DE 10 at 4]. However, over two months have passed and Plaintiff has not refiled its Motion.

ORDERED THAT

(1) This action is DISMISSED for failure to prosecute.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) This CASE IS CLOSED.

DONE AND ORDERED in Miami, Florida, this 5th day of December, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Honorable Andrea M. Simonton
Counsel of Record